UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                           :

THE CHARTER OAK FIRE INSURANCE COMPANY, :

                                                           :

                        Plaintiff,              :

                                                             :           24-CV-6322 (JMF)

         -v-                                     :

                                                             :              ORDER

HDI-GERLING AMERICA INSURANCE       :
COMPANY,                                         :

                        Defendant.       :

                                                             :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's December 1, 2025 Order, ECF No. 60, the parties were required to file a joint letter, the contents of which are described therein, no later than 14 days from the date of that Order.  To date, the parties have not filed the joint letter.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **December 23, 2025**.  This is the parties' fourth extension.  Failure to file the joint letter by that deadline may result in the case being dismissed for failure to prosecute and/or as abandoned.

       SO ORDERED.

Dated: December 16, 2025                                        
      New York, New York                     JESSE M. FURMAN
                                        United States District Judge