**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE CHARTER OAK FIRE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> HDI-GERLING AMERICAN INSURANCE COMPANY, <br><br> Defendant. | Case No. 1:24-cv-06322-JMF <br><br> [PROPOSED] <br> **STIPULATION & ORDER** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for all parties who have appeared in this action, that all remaining claims in this action are dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), but without prejudice to restoring the action to the Court's calendar provided that any application to restore the action is made within ~~forty-five (45)~~ sixty (60) days of this Stipulation and Order. Any application to restore the action filed after ~~forty-five (45)~~ sixty (60) days from the date of this Stipulation and Order may be denied solely on that basis. Any pending motions are denied as moot, and all conferences are canceled.

USERY & ASSOCIATES

By: Lisa Szczepanski
*Attorneys for The Charter Oak Fire Insurance Company*
Mailing Address:
P.O. Box 2996
Hartford, CT 06104
T. (917) 778-6680
F. (844) 571-3789
E. lszczepa@travelers.com

MOUND COTTON WOLLAN & GREENGRASS LLP

By: Kenneth M. Labbate
*Attorneys for HDI-Gerling America Company*
One New York Plaza, 44th Fl.
New York, NY 10004
T. (212) 804-4200
E. klabbate@moundcotton.com

SO ORDERED
on this __5th__ day of ~~December, 2025~~ January, 2026.

HON. JESSE M. FURMAN, U.S.D.J.